# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SWEET CHARLIE'S FRANCHISING, LLC et al.** <br><br> v. <br><br> **SWEET MOO'S ROLLED ICE CREAM, LLC, et al.** | **CIVIL ACTION** <br><br> **No. 19-4618** |

## ORDER RE: DEFENDANTS' MOTION TO TRANSFER

**AND NOW**, this 19th day of June, 2020, upon consideration of Defendants' Motion to Transfer for Improper Venue, (ECF 8), Plaintiffs' Opposition, (ECF 9), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion to Transfer is **DENIED**.

2. In view of the bankruptcy of Sweet Moo's Rolled Ice Cream, LLC, the case is **STAYED** as to that Defendant.

3. This action is **TRANSFERRED** to the District of Delaware. The Clerk shall transfer the record to that district and shall close this case.

**BY THIS COURT:**

s/ Michael M. Bayslon
_____
**Michael M. Baylson**
**United States District Court Judge**

O:\CIVIL 19\19-4618 Sweet Charlie's v. Sweet Moo's\19cv4618 Order re Transfer